UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Cruz,

                        Plaintiff(s),

      -against –

Americollect, Inc.,

                        Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-01314 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: April 19, 2021
       White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.